

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Jerry Box,                                              * From the 70th District
                                                            Court of Ector County,
                                                            Trial Court No. A-134,288.

Vs. No. 11-13-00371-CV                       * April 17, 2014

City of Goldsmith, Texas,                     * Per Curiam Memorandum Opinion
                                                            (Panel consists of: Wright, C.J.,
                                                            Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Jerry Box.